## CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN PEREZ 2020-00809

**Full Name of Plaintiff        Inmate Number**

v.

Judge Farrell

**Name of Defendant 1**

Commonwealth of PA

**Name of Defendant 2**

A. Rivera

**Name of Defendant 3**

Michael Esposito

**Name of Defendant 4**

William Shanley

**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

:
:
:  Civil No. 3:21cv170
:  (to be filled in by the Clerk's Office)
:
:  ( ✓ ) Demand for Jury Trial
:  (  ) No Jury Trial Demand
:
:
:
:       FILED
:      SCRANTON
:      JAN 29 2021
:  PER _____
:        DEPUTY CLERK
:
:
:
:
:
:
:
:
:

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
(1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

PEREZ JOAN A

Name (Last, First, MI)

2020-00809

Inmate Number

Lackawanna County Prison

Place of Confinement

1371 N Washington Avenue

Address

Scranton, Pennsylvania 18509

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

X     Pretrial detainee

___     Civilly committed detainee

___     Immigration detainee

___     Convicted and sentenced state prisoner

___     Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Judge Farrell

Name (Last, First)

State Court Judge

Current Job Title

200 N Washington Ave.

Current Work Address

Scranton, PA 18501

City, County, State, Zip Code

Defendant 2:

Commonwealth of Pennsylvania

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 3:

A. Rivera

Name (Last, First)

Scranton Police Officer

Current Job Title

Scranton Police Department

Current Work Address

Scranton, Pennsylvania

City, County, State, Zip Code

Defendant 4:

Michael Esposito

Name (Last, First)

Correction Officer

Current Job Title

1371 N Washington Avenue

Current Work Address

Scranton, Pennsylvania 18509

City, County, State, Zip Code

Defendant 5:

William Shanley

Name (Last, First)

Deputy Warden

Current Job Title

1371 N Washington Avenue

Current Work Address

Scranton, Pennsylvania 18509

City, County, State, Zip Code

Defendant 6:
Aloe
Sergeant
1371 N Washington Avenue
Scranton, PA 18509

Defendant 7:
Jack Gilroy
Correction Officer
1371 N Washington Avenue
Scranton, PA 18509

Defendant 8:
Mills
Sergent
1371 N Washington Avenue
Scranton, PA 18509

Defendant 9:
Slemmer, Denise
Correction officer
1371 N Washington Avenue
Scranton, PA 18509

Defendant 10:
Timoti Betti
Warden (Deputy)
1371 N Washington Ave
Scranton, PA 18509

Defendant 11:
Pete Zelensky
Correction Officer
1371 N Washington Ave
Scranton, PA 18509

Defendant 12:
Derek Lavelle
Correction Officer
1371 N Washington Ave
Scranton, PA 18509

Defendant 13:
Zator
Correction Officer
1371 N Washington Ave
Scranton, PA 18509

III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

    A.    Describe where and when the events giving rise to your claim(s) arose.

At State Court (Commonwealth of PA) Police Officer faked my signature and signed unlawfully than he put me in prison where those eleven people detained me unlawfully.

    B.    On what date did the events giving rise to your claim(s) occur?

This Event happened 11/7/2020

    C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was in front of State Judge Farrell one Police officer Who's name tag A. Rivera Sign my Miranda rights On my behalf and forged my signature I was never told my rights and never Signed the Affidavit of rights Complaint No. 20 their is two Police officer who's name A. Rivera one A. Rivera Arrested me and interrogated me and the other A. rivera forged my signature In front of the Judge. The officer who Arrested me allowed "Carlos" to violate my fourth Amendment right 1994 "person in Police Custody are protected by due process standards

Page 4 of 6

This event happened at 1212 mulberry scranton, PA
11/6/2020 12AM 11/7    I would write carlos full name
but I don't have my discovery

Carlos was Pretending to be a Girl    or can't get ahold of my Lawyer
my video court keeps getting
Continued due to the fact
their is no victim.

Carlos asked me for a Picture and I sent it

Carlos was texting me sexual and Inviting me
To have sex

Carlos offered me 100 Dollars and Snapchats a
Picture of a stach of money

Carlos been texting me since october 2020

Carlos is not a Girl and is not a minor

Carlos invites me to come to his location. I
Drove down 3 hours from Utica, NY  for the
$100  He had offered. Now my car is no where to be found

Carlos Set's me up with two of his friends
                                                        Carlos
and one of them sucker Punches me also call the Police
                    Proof check my mugshot busted lip, Left Side

While carlos is inside talking to Police officers.
as I am Arrested and first flammed to the floor
by officer A. Rivera and his weight on my back
Carlos is laughing recording me and Punches me busted lips
(Assault me) police officer A. Rivera don't Arrest him    right side
Violating my fourth Amendment 1994 right    �to
I did not resist the Arrest.

Assault is physical
Contact is also Physical
A toching or meeting of
bodies

"False charges"

Commonwealth of Pennsylvania is accusing me
of Sexual Assault F1 Felony which the          (Not Guilty)
Plaintiff must show deliberate indifference
to an excesive risk of serious harm. I never
Saw any girl but Carlos, Carlos friends, and
Police officers nor harmed anyone but deffend myself

Assault to a minor (M3) What minor are      (Not Guilty)
we talking about "I never saw a minor or
harmed a minor" I sent a picture to Carlos.

Contact with a minor of the age 11 to 13 (m3) (Not Guilt)
Where are these minor? That night i never
Saw a minor or toched a minor or harmed a
minor. Carlos is like 39 years old. and Assault me.

Speaking violent (m4)      (Not Guilty)

Evidence check on A. Rivera body camera when
he interogated me I saw him doing something with
his body camera (maybe turning it on.)

Please Help me these people
are over abusing their power
Next court date Feb 24

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

State Judge Farrell, Police officer A. Rivera, Commonwealth of Pennsylvania and these other ten Prison Corrections officials violated my constitutional rights.

I was not made aware of my rights and not given properly miranda warnings, Police officer forged my signature and lied on telling me my miranda rights.

I am being accused with false charges by Commonwealth of Pennsylvania. Nominal Bail is 50,000 when their is no victim.

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Everything I said was used against me without mirandasizing me, My civil and constitutional rights were violated. I lost my vehicle. I lost my apartment A C.O let me starve fortwo days because he did not like my charges. 11/7-11/9 violating my prisons right.

## VI.    RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

I am seeking monetary relief, seeking court to order investigation on Police A. Rivera for forging my signature Seeking my testiomony thrown out due to fact I wasn't properly mirandasized. I am also seeking "Time served" or case dismisal, and more. or at least my freedom.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

1/25/2021
Date

